UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TINA ARTAVANIS,

                Plaintiff,

-against-

THE GORGEOUS HAIR CORPORATION d/b/a CHRIS DASIG SALON, CHRIS'S HAIR STUDIO, and CRESENCIO DASIG a/k/a CHRIS DASIG,

                Defendants.

23-CV-5473 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      On October 3, 2024, Plaintiff Tina Artavanis filed a letter on the docket asking the Court to adjourn a status conference scheduled for October 7, 2024 so that she can "gather more information for the Court" on this matter. ECF No. 39. Although the Court appreciates Ms. Artavanis's efforts, the Court declines to adjourn the conference. Accordingly, as stated in ECF No. 38, the parties are ORDERED to appear before the Court for a status conference on **October 7, 2024 at 11:00 a.m.** in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York.

Dated: October 4, 2024
       New York, New York

                                        SO ORDERED.

                                        JESSICA G. L. CLARKE
                                        United States District Judge