```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TINA ARTAVANIS,                                                  :
                                                                 :    23-CV-5473 (JGLC) (RWL)
                    Plaintiff,                                   :
                                                                 :
         - against -                                             :    ORDER
                                                                 :
                                                                 :
THE GORGEOUS HAIR CORPORATION,                                   :
d/b/a Chris Dasig Salon, Chris's Hair                            :
Studio, and CRESENCIO DASIG a/k/a                                :
Chris Dasig.                                                     :
                    Defendants.                                  :
                                                                 :
-----------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This matter has been referred to me for general pretrial matters and settlement. The Court will schedule an in-person case management conference at which both parties and their attorneys shall appear. The primary purpose of the conference will be to discuss settlement. The Court will also rule on Attorney Samuel's second motion to withdraw.

SO ORDERED.

                                                      _____
                                                    ROBERT W. LEHRBURGER
                                                    UNITED STATES MAGISTRATE JUDGE

Dated: October 23, 2024
       New York, New York

Copies transmitted this date to all counsel of record. The Clerk of Court is respectfully requested to mail a copy of this order to the pro se Plaintiff and note service on the docket.